**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Matthew Van Hofwegen, | Case No. 17-cv-795 (JNE/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Officer Joseph Steiner, in his individual capacity, | |
| Defendant. | |

---

On June 15, 2020, the Court issued an Order regarding the disbursement of Plaintiff Matthew Van Hofwegen's settlement proceeds and granting in part Romanucci & Blandin LLC's Motion to Strike portions of Van Hofwegen's May 5, 2020 submissions. (Dkt. 365.) The Court directed counsel for Van Hofwegen and Romanucci & Blandin to meet and confer regarding proposed redactions for Van Hofwegen's May 5, 2020 submissions on or before June 19, 2020 and, if counsel agreed as to the proposed redactions, ordered Van Hofwegen to file redacted versions of his May 5, 2020 submissions on or before June 24, 2020. (*Id.* at 11-12.) If counsel could not reach agreement, they were to email their proposed redactions to the undersigned's chambers. (*Id.* at 12.)

On June 19, 2020, Van Hofwegen and Romanucci & Blandin notified the Court that they had reached agreement as to redactions and filed redacted versions of Van Hofwegen's May 5, 2020 submissions. (Dkts. 367, 367-1 to 367-13.) Having reviewed the redacted versions of Van Hofwegen's May 5, 2020 filings, **IT IS ORDERED** that:

1. Docket No. 367-1 is **ACCEPTED** as the replacement for Docket No. 336 (Memorandum of Law in Support of Plaintiff's Request for Settlement Proceed Distribution) and Docket No. 333 ("FILED IN ERROR" version of the same Memorandum);

2. Docket No. 367-2 is **ACCEPTED** as the replacement for Docket No. 335 (Declaration of Matthew Van Hofwegen);

3. Docket No. 367-3 is **ACCEPTED** as the replacement for Docket No. 334 (Declaration of Michael Padden); and

4. Docket Nos. 367-4 to 367-13 are **ACCEPTED** as replacements for Docket Nos. 334-1 to 334-10 (Appendix and Exhibits A-I to the Declaration of Michael Padden).

DATED: June 22, 2020

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge